People v Drummond

2026 NY Slip Op 02667

April 29, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Darius Drummond, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 29, 2026

2024-01730, (Ind. No. 72440/23)

Colleen D. Duffy, J.P.

Cheryl E. Chambers

Deborah A. Dowling

Carl J. Landicino

Phillip Hom, JJ.

Patricia Pazner, New York, NY (Tammy E. Linn of counsel; Maris G. Medina on the memorandum), for appellant.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Avshalom Yotam of counsel; Hannah Thomas on the memorandum), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Jane C. Tully, J.), imposed February 16, 2024, upon his plea of guilty, on the ground that the sentence was excessive.

ORDERED that the sentence is affirmed.

The defendant's contentions regarding the validity of the waiver of the right to appeal are without merit (see People v Lopez, 6 NY3d 248, 256; People v Annunziata, 246 AD3d 755). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255-256; People v Annunziata, 246 AD3d 755).

DUFFY, J.P., CHAMBERS, DOWLING, LANDICINO and HOM, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court